# Exhibit A

| IN THE COUNTY COURT IN AND FOR BROWARD COUNTY FLORIDA | CLOCK IN |
|---|---|

**DIVISION:**
[X] CIVIL

[ ] OTHER

# STATEMENT OF CLAIM

CLOCK IN

*COCE*

23090794

**CASE NUMBER**

S2 SP

DIV:

**PLAINTIFF (S)**
HOSANNA,JAMES
JAMESHOSANNA@MAIL.COM
(305)504-9049
95 NE 41ST K164
OAKLAND PARK FL 33334

**vs. DEFENDANT (S)**
EXPERIAN INFORMATION
SOLUTIONS,
CHAIR :MIKE ROGERS
475 ANTON BOULEVARD

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid;
for   (As marked (x) below) :

[ ]   Goods, wares and merchandise sold by Plaintiff, to Defendant;
[ ]   Work done and materials furnished by Plaintiff, to Defendant;
[ ]   Money loaned by Plaintiff to Defendant;
[ ]   Money due to Plaintiff upon accounts stated and agreed to between them;
[ ]   On a written instrument, copy of which is attached hereto;
[ ]   Rent for certain premises in Broward County, Florida, Viz;
[✓]   Other (Explain)
[ ]   Any additional facts in connection with any of the above:
           (Use additional sheet if necessary)

DEFAMATION OF CHARACTER

VIOLATION OF THE FAIR CREDIT REPORTING ACT

VIOLATION OF FLORIDA STATE LAWS

NEGLIGENCE

Where Plaintiff demands judgment in the sum  of $ 8,000_____together with court costs which the
court may assess. The Plaintiff, says the foregoing is a just and true statement of the amount owing by the
Defendant to Plaintiff, exclusive of all set-offs and just grounds of  defense.
Affiant states that the Defendant(s) is/are not in the military service of the United States.

SWORN AND SUBSCRIBED BEFORE ME this_____ day of **DEC 0 7 2023**_____ , 20_____.

**PLAINTIFF OR ATTORNEY**

HOSANNA, JAMES

**ADDRESS OF PLAINTIFF/ATTORNEY**

95 NE 41ST K164

OAKLAND PARK FL 33334

**PLAINTIFF/ATTORNEY TELEPHONE & EMAIL ADDRESS**

( 305  ) 504-9049  JAMESHOSANNA@MAIL

**ATTORNEY BAR NUMBER:**

BRENDA D. FORMAN,
CLERK OF COURTS

DEPUTY CLERK

NOTARY PUBLIC
State of Florida

MY COMMISSION EXPIRES:

FORM 633
REVISED 2/23

SEARCH FEE : 698

COPY FEE · 699

NOT AN OFFICIAL COPY — PUBLIC ACCESS

IN THE COUNTY COURT IN AND FOR BROWARD COUNTY FLORIDA

**CLOCK IN**

*COCE*

23090794

| DIVISION:<br>[X] CIVIL<br><br>[ ] OTHER | **STATEMENT OF CLAIM** | |
|---|---|---|

| **PLAINTIFF (S)**<br>HOSANNA,JAMES<br>JAMESHOSANNA@MAIL.COM<br>(305)504-9049<br>95 NE 41ST K164<br>OAKLAND PARK FL 33334 | **vs.    DEFENDANT (S)**<br>EXPERIAN INFORMATION<br>SOLUTIONS,<br>CHAIR :MIKE ROGERS<br>475 ANTON BOULEVARD | **CASE NUMBER**<br>S2       SP<br>**DIV:** |
|---|---|---|

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid; for    (As marked (x) below) :

[ ]       Goods, wares and merchandise sold by Plaintiff, to Defendant;
[ ]       Work done and materials furnished by Plaintiff, to Defendant;
[ ]       Money loaned by Plaintiff to Defendant;
[ ]       Money due to Plaintiff upon accounts stated and agreed to between them;
[ ]       On a written instrument, copy of which is attached  hereto;
[ ]       Rent for certain premises in Broward County, Florida, Viz;
[✓]      Other (Explain)
[ ]       Any additional facts in connection with any of the  above:
                (Use additional sheet if necessary)

DEFAMATION OF CHARACTER

VIOLATION OF THE FAIR CREDIT REPORTING ACT

VIOLATION OF FLORIDA STATE LAWS

NEGLIGENCE

Where Plaintiff demands judgment in the sum  of $ 8,000_____together with court costs which the court may assess. The Plaintiff, says the foregoing is a just and true statement of the amount owing by the Defendant to Plaintiff, exclusive of all set-offs and just grounds of  defense.
Affiant states that the Defendant(s) is/are not in the military service of the United States.

**SWORN AND SUBSCRIBED BEFORE ME** this_____day of_____DEC 0 7 2023_____, 20_____.

| PLAINTIFF OR ATTORNEY<br><br>HOSANNA, JAMES | **BRENDA D. FORMAN,<br>CLERK OF COURTS** |
|---|---|
| **ADDRESS OF PLAINTIFF/ATTORNEY**<br><br>95 NE 41ST K164<br><br>OAKLAND PARK FL 33334 | SELIA CHARLES<br>by:_____<br>**DEPUTY CLERK** |
| **PLAINTIFF/ATTORNEY TELEPHONE & EMAIL ADDRESS**<br><br>( 305   ) 504-9049  JAMESHOSANNA@MAIL | NOTARY PUBLIC A TRUE COPY<br>County Court<br>**State of Florida** |
| **ATTORNEY BAR NUMBER:** | **MY COMMISSION EXPIRES:** |

# FINAL DEMAND LETTER BEFORE LEGAL ACTION

James Hosanna
11/11/23

Date: *(handwritten)*
Hour: *(handwritten)*
Deputy Sheriff *(handwritten)*

# FINAL DEMAND LETTER BEFORE LEGAL ACTION

**Experian Information Solutions Inc**
475 Anton Boulevard
Costa Mesa, CA 92626

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD.
PLANTATION, FL 33324

**Re**: James Hosanna Dispute Report Number 3303-8126-37

Claimant's Name: James Hosanna
Claimant's Address: 95 Ne 41st St #K164, Oakland Park, Fl 33334, Usa
Claimant's Email: jameshsoanna@mail.com
Claimant's Phone: (305)504-9049

Dear Experian Information Solutions Inc:

Please be advised that you owe me the following:

1. **Amount Requested**

   $8,000

2. **Description**
   Since 09/2022, you have failed to correct inaccurate information on file.

3. **Demands**
   This will be your only chance to settle this matter before I file suit against you in Small Claims Court. I am agreeable to a lump sum payment,Please contact me within 2 weeks upon receiving this request or I will file a lawsuit against you without further notice. It is in your best interest to settle this matter before a lawsuit is filed. If a judgment is obtained against you, you will be ordered to pay court costs, and attorney fees.

James Hosanna
11/11/23

This letter serves as evidence that I have attempted to resolve this matter informally.

Sincerely,

James Hosanna

## Photo Evidence of Inaccurate Entry

● **BMW FINANCIAL SERVICES/CREDIT**
**POTENTIALLY NEGATIVE**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | BMW FINANCIAL SERVICES/CREDIT | Balance | $1,244 |
| | | Balance Updated | 09/20/2023 |
| Account Number | 400364XXXX | Recent Payment | $1,191 as of 8/31/2023 |
| Account Type | Auto Lease | Monthly Payment | $1,191 |
| Responsibility | Individual | Original Balance | $40,096 |
| Date Opened | 10/21/2020 | Highest Balance | |
| Status | Open. | Terms | 36 Months |
| Status Updated | Oct 2021 | | |

*(handwritten notes: math aint adding up / Did the Contract Lease Extened ??)*

### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ |
| 2020 | – | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ |

✓ Current / Terms met     30  Past due 30 days

**Payment history guide**

30 days past due as of Sep 2021

By May 2028, this account is scheduled to go to a positive status.

James Hosanna
11/11/23

## VIA FIRST CLASS & CERTIFIED MAIL

Experian Information Solutions Inc
Attn: Legal/Security/Risk Management Departments

**Re:     James Hosanna**
**        Date of Incident:        11/08/2023**

### DEMAND FOR PRESERVATION OF EVIDENCE

Dear Sir or Madam:

My office and I are investigating various claims against Experian Information Solutions Inc , and any and all other responsible entities and individuals. As such, to prevent the spoliation of potentially relevant evidence, we respectfully demand that you take all steps necessary to **identify and preserve** the subject in its current condition until my office can conduct an inspection. Additionally, take all steps necessary to **identify and preserve** documents, tangible things, and electronically stored information that may contain information and data potentially relevant to the claims and defenses in the impending matter described above. This includes, but is not limited to, the following:

- A clear and concise summary of the original loan agreement, highlighting the terms, conditions, and repayment schedule agreed upon by both parties, along with the specified amount and any applicable interest rates.
- A copy of the initial loan agreement or promissory note, including any amendments or modifications made to the original agreement, with the debtor's acknowledgment of the debt clearly indicated.
- A comprehensive record of all payments made by you, including dates, amounts, and any associated receipts or documentation, demonstrating the your partial or complete repayment of the loan.
- A chronological overview of communications between all parties regarding the loan, including copies of any demand letters, emails, or other written notices requesting repayment and any responses or communications from the debtor.
- Any records or documents indicating your acknowledgment of the debt or promises to repay, such as written correspondence, text messages, or recorded phone conversations.
- Documents, memoranda, paper files, and electronic media1 in your possession, custody, or control that contain information and data relevant to the anticipated claims and defenses in the impending matter described above; and
- Any other information that you believe is relevant to the subject incident and/or the anticipated claims and/or defenses arising therefrom.

As used in this document, "you" and "your" refer to Experian Information Solutions Inc  and its predecessors, successors, parents, subsidiaries, divisions and affiliates, and their respective officers, directors, agents, attorneys, accountants, employees, partners, and other persons occupying similar positions or performing similar functions.

James Hosanna
11/11/23

Please note that your obligation to preserve documents, tangible things, and electronically stored information potentially relevant to the issues in this case arises in law and equity independently from any court order. Should your failure to preserve potentially relevant evidence result in the corruption, loss, or delay in the production of evidence to which we are entitled, such **failure would constitute spoliation of evidence, which may result in sanctions**.

Please confirm that you have taken the steps outlined in this letter to preserve ESI and any other tangible documents or materials potentially relevant to this action. If you have not undertaken the steps outlined above, or have taken other actions, please describe what you have done to preserve potentially relevant evidence. If you have any questions, please don't hesitate to email me at **jameshsoanna@mail.com**.

Thank you and I look forward to working with you in this matter.

Sincerely,

James Hosanna

## VERIFICATION PAGE

_____
JAMES HOSANNA

STATE OF FLORIDA )
                  )SS:
COUNTY OF Broward .

BEFORE ME, the undersigned authority, authorized to administer oaths, personally appeared JAMES HOSANNA, who, first being duly sworn, acknowledged that he/she is the person authorized to execute the foregoing Answers to Interrogatories, that he/she has read the foregoing Answers to Interrogatories and that they are true and correct to the best of his/her knowledge, and that he/she knows the contents thereof.

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence, or ☐ online notarization this _09_ day of _November_, 2023, by JAMES HOSANNA, who ☐ is personally known to me or ☒ produced a _FL Lic. H-250-440-87-343-0_, as identification.

```
PEDRO A. MOLINA
Notary Public - State of Florida
Commission # HH 376551
My Comm. Expires Mar 20, 2027
```

_____
NOTARY PUBLIC/STATE OF FLORIDA
My commission expires: _May/20/2027_

**4**
**Grande Law, P.A.**
8603 S. Dixie Highway, Suite 205, Miami, Florida 33156 · Tel: (305) 307-8052 · Fax: (305) 938-5047

# USPS Tracking®

FAQs >



Exhibit (A)

**Tracking Number:**

Remove ✕

## 42092626940583010935503 2564196

Copy      **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item has been delivered and is available at a PO Box at 7:15 am on October 26, 2023 in COSTA MESA, CA 92626.

**Get More Out of USPS Tracking:**

     **USPS Tracking Plus®**

### Delivered
**Delivered, PO Box**
COSTA MESA, CA 92626
October 26, 2023, 7:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

James Hosanna
95 NE 41ST K164
OAKLAND PARK FL 33334

*Exhibit © Notice of Dispute*

Saturday, August 19, 2023

## NOTICE OF DISPUTE / REQUEST REMOVE LISTED INQUIRES

Report Number
# 0503-4266-14

To Whom It May Concern

This notice is to inform you that you are unlawfully reporting an unauthorized inquiry on my consumer report. I have not given permission to access my credit profile and listed companies / person(s) have no permissible purpose by law to pull my file nor contact third parties with my private or personal information. Your offenses amount to **Aggravated Identity Theft** pursuant to 18 U.S.C. §1028A. You have knowingly transferred, possessed, or used, without lawful authority, a means of identification of me, which is a felony punishable and civil liability.  If this matter can settle I will seek legal action against you and companies reasonable.

**LISTED INQUIRES SOFT AND HARD:**

- EXPERIAN BUSINESS CREDIT 08/18/2023

- TD BANK N.A. 08/16/2023

- JPMCB CARD SERVIES 07/24/2023

- TCM BANK NA 02/09/2023

- CIT BANK N.A. 01/30/2023

- OCEAN BANK 01/30/2023

- ACCION OPPORTUNITY FUND 06/30/2023

- AVEN FINANCIAL, INC 07/18/2023

- BK OF AMER 08/18/2023

- BLUEVINE INC  07/17/2023

- CAPITAL ONE 09/13/2022

Page 1 of 3

- CITIMORTGAGE 06/11/2023
- CITIZENS BANK NA 07/25/2023
- CLARITY SERVICES INC 07/16/2023
- CREDIT BUREAU CONNECTION 06/15/2023
- DISCOVER FINANCIAL SVCS 06/01/2023 05/31/2023
- EXPERIAN 08/18/202308/14/2023  07/31/2023
- EXPERIAN BUSINESS CREDIT 07/17/2023
- EXPERIAN CREDITMATCH 08/18/2023 08/16/2023
- EXPERIAN CS IDENTITY 07/27/2023
- FNBO NA 07/17/2023
- FNBO/HELLO ALICE CIRCULA 07/17/2023
- FORA FINANCIAL ADVANCE L 07/17/2023
- FORWARD FINANCING LLC 07/16/2023
- FORA FINANCIAL ADVANCE L 07/17/2023
- FUNDERA INC 07/17/2023 07/15/2023
- GOOD FUNDING 07/17/2023
- ID ME INC0 5/08/2023 12/08/2022
- JPMCB CJ 08/18/2023 - 08/28/2022
- KALAMATA CAPITAL GROUP L 07/17/2023
- KAPITUS FKA STRATEGIC FU 07/16/2023
- MARLIN 07/16/2023
- NAV TECHNOLOGIES INC 07/12/2023- 03/10/2023
- NEW WAVE CARD INC  06/12/2023
- RAPID FINANCE 07/16/2023

- SYNCHRONY FINANCIAL 07/18/2023
- TD BANK NA 08/16/2023
- THE GOLDMAN SACHS GROUPI 07/21/2023
- TRANSUNION INTERACTIVE I 07/27/2023
- VOX FUNDING 07/17/2023
- WELLS FARGO QUEST-WEST 08/04/2023
- WFNA 09/24/2022 08/24/2022
- THE GOLDMAN SACHS GROUPI 07/21/2023
- PORTFOLIO RECOV ASSOC 09/22/2022 - 08/17/2023

I have not given permission to access my credit profile and no permissible purpose by law, I owe no debit to you ,i'm not interested in doing business with listed inquires . **REMOVE LISTED INQUIRES**

**Please remove these following addresses listed on my file, I never lived at these property nor do I done business with any of these** :

- 1142 JOHNSON ST HOLLYWOOD, FL 33019-1135
- 
- 95 NE 41ST ST #164 OAKLAND PARK, FL 33334-1371
- 
- 95 NE 41ST ST OAKLAND PARK, FL 33334-1371
- 
- 95 NE 41ST ST #164K164 OAKLAND PARK, FL 33334-1371

**PLEASE SEND ME A UPDATED REPORT/ FILE WITH CORRECTIONS**

Sincerely,
Hosanna James



*(handwritten)* Exhibit Ⓑ Marked Errors and incomplete or inaccurate information

Prepared For

# JAMES HOSANNA

**Personal & Confidential**

**Date Generated**  Dec 4, 2023

**Report Number**  3303-8126-37

## At a Glance

**21 Accounts**

**0 Public Records**

**7 Hard Inquiries**

## Personal Information

1 Names     6 Addresses     0 Employers     1 Personal Statements     2 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

**JAMES HOSANNA**

Name ID #17304

## Addresses

*I only have one Address*

| | |
|---|---|
| ✓ **95 NE 41ST ST APTK164 OAKLAND PARK FL, 33334-1358** <br><br> Address ID #0073778811 <br> Apartment complex | **95 NE 41ST ST #164 OAKLAND PARK FL, 33334-1371** <br><br> Address ID #0249156207 <br> Apartment complex |
| **95 NE 41ST ST OAKLAND PARK FL, 33334-1371** <br><br> Address ID #0073779111 <br> Multifamily | **95 NE 41ST ST #164K164 OAKLAND PARK FL, 33334-1371** <br><br> Address ID #0970217791 <br> Apartment complex |
| **1142 JOHNSON ST HOLLYWOOD FL, 33019-1135** <br><br> Address ID #0071079973 <br> Single family | **PO BOX 1214 SUGARLOAF CA, 92386-1214** <br><br> Address ID #0183715892 <br> Post office box |

## Year of Birth

1987

## Phone Numbers

**(305) 504-9049**
Cellular

## Personal Statements

FILE LOCKED AT CONSUMERS REQUEST

*How Can I have Inqueros when My File is locked or FREEZE*

# Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

| | |
|---|---|
| Address | **LOCKBOX 6112 P.O. BOX 7247, PHILADELPHIA PA 19170** |
| Phone Number | **(877) 255-5923** |



## Reinvestigation Info

**This item was updated from our processing of your dispute in Oct 2023.**

# BMW FINANCIAL SERVICES/CREDIT

**POTENTIALLY NEGATIVE**



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **BMW FINANCIAL SERVICES/CREDIT** | Balance | **$1,244** |
| | | Balance Updated | **09/20/2023** |
| Account Number | **400364XXXX** | Recent Payment | **$1,191 as of 8/31/2023** |
| Account Type | **Auto Lease** | Monthly Payment | **$1,191** |
| Responsibility | **Individual** | Original Balance | **$40,096** |
| Date Opened | **10/21/2020** | Highest Balance | **-** |
| Status | **Open.** | Terms | **36 Months** |
| Status Updated | **Oct 2021** | | |



## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓  Current / Terms met

30  Past due 30 days

*Never Late*

### Payment history guide

30 days past due as of Sep 2021

*Please provide full complete payment History*

By May 2028, this account is scheduled to go to a positive status.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Aug 2023** | $2,358 | $1,191 | $1,191 on 8/2/2023 |
| **Jul 2023** | $3,472 | $1,191 | $1,191 on 6/21/2023 |
| **Jun 2023** | $4,585 | $1,191 | $1,191 on 5/26/2023 |
| **May 2023** | $4,585 | $0 | $2,383 on 5/26/2023 |
| **Apr 2023** | $6,732 | $1,191 | $1,191 on 4/3/2023 |
| **Apr 2023** | $6,707 | $1,191 | $1,191 on 4/3/2023 |

| | | | |
|---|---|---|---|
| **Feb 2023** | $8,910 | $1,191 | $1,191 on 1/31/2023 |
| **Jan 2023** | $10,024 | $1,191 | $86 on 12/28/2022 |
| **Dec 2022** | $10,106 | $1,191 | $1,191 on 11/24/2022 |
| **Nov 2022** | $10,106 | $1,191 | $1,191 on 11/24/2022 |
| **Oct 2022** | $11,194 | $1,191 | $1,191 on 10/10/2022 |
| **Sep 2022** | $12,310 | $1,191 | $0 on 8/8/2022 |
| **Aug 2022** | $12,310 | $1,191 | $2,383 on 8/8/2022 |
| **Jul 2022** | $14,543 | $1,191 | $3,608 on 7/8/2022 |
| **Jun 2022** | $17,893 | $1,191 | $1,225 on 6/8/2022 |
| **May 2022** | $18,968 | $1,191 | $1,208 on 5/5/2022 |
| **May 2022** | $17,836 | $1,191 | $2,391 on 5/2/2022 |
| **Mar 2022** | $20,048 | $1,191 | $1,191 on 3/9/2022 |
| **Mar 2022** | $21,161 | $1,191 | $2,052 on 2/24/2022 |

## Additional info

The original amount of this account was $40,096

*Requesting FUll payment History*



## Contact Info

Address                         PO BOX 3608,
                                DUBLIN OH 43016

Phone Number                    (800) 578-5000



## Comment

### Current:

Completed investigation of FCRA dispute - consumer
disagrees.

### Previous:

Completed investigation of FCRA dispute - consumer
disagrees.

*why is the Date Invalid*

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid
date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date,
Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Affected by natural or declared disaster.

Invalid date                                *? ?*

Account information disputed by consumer (Meets
requirement of the Fair Credit Reporting Act).

Invalid date



## Reinvestigation Info

This item was updated from our processing of your
dispute in Nov 2023.



# CAPITAL ONE

## Account Info

sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**EXPERIAN BUSINESS CREDIT**
Inquired on 08/18/2023

PO BOX 9701 ALLEN TX, 75013

Business on behalf of REGIONS BANK. This inquiry is scheduled to continue on record until Sep 2025.

**TD BANK N.A.**
Inquired on
08/16/2023

*Wrong Date*

70 GRAY RD FALMOUTH ME, 04105

Unspecified. This inquiry is scheduled to continue on record until Sep 2025.

**JPMCB CARD**
Inquired on 07/24/2023

PO BOX 15298 WILMINGT ON DE, 19850

Unspecified. This inquiry is scheduled to continue on record until Aug 2025.

**USAA SAVINGS BANK**
Inquired on 07/15/2023

PO BOX 33009 SAN ANTONIO TX, 78265

Unspecified. This inquiry is scheduled to continue on record until Aug 2025.

**TCM BANK NA**
Inquired on 02/09/2023

*Never Autize this*

2701 N ROCKY POINT DR STE 700 ROCKY

**FIRST CITIZENS BANK AND**
Inquired on 01/30/2023

10201 CENTURION PKWY N STE 100

*Never Autize this*

**OCEAN BANK**
Inquired on
01/30/2023

*Wrong Date*

780 NW 42ND AVE STE 501 MIAMI FL, 33126

POINT FL,
33607

Unspecified.
This inquiry is
scheduled to
continue on
record until
Mar 2025.

JACKSONVI
LLE FL,
32256

Unspecified.
This inquiry is
scheduled to
continue on
record until
Feb 2025.

Unspecified.
This inquiry is
scheduled to
continue on
record until
Feb 2025.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers
or lenders periodically reviewing your existing credit accounts. Soft inquiries also include
checking your own credit report or using credit monitoring services, and have no impact on
your credit.

**ACCION
OPPORTUN
ITY FUND**
Inquired on
06/30/2023

111 W
SAINT
JOHN ST
STE 800,
SAN JOSE
CA 95113
(408) 297-

**AMEX**
Inquired on
02/01/2023

PO BOX
981537,
EL PASO TX
79998
(800) 874-
2717

**AMERICAN
EXPRESS 2**
Inquired on
11/28/2023

PO BOX
981537,
EL PASO TX
79998
(800) 874-
2717

**AVEN
FINANCIAL,
INC**
Inquired on
07/18/2023

330
PRIMROSE
RD STE 412,
BURLINGA
ME CA
94010
(650) 249-

0204

7435

**BK OF AMER**
Inquired on 08/18/2023

PO BOX 982238, EL PASO TX 79998
(800) 421-2110

**BLUEVINE INC**
Inquired on 07/17/2023

401 WARREN ST STE 300, REDWOOD CITY CA 94063
(888) 505-3149

**BLUEVINE INC**
Inquired on 07/17/2023

401 WARREN ST STE 300, REDWOOD CITY CA 94063

**CAP ONE**
Inquired on 11/09/2023

PO BOX 30281, SALT LAKE CITY UT 84130

**CAPITAL ONE**
Inquired on 11/10/2023

15000 CAPITAL ONE DR, RICHMOND VA 23238

**CARPUTTY INC**
Inquired on 10/17/2023

3565 PIEDMONT RD NE BLDG 2-225, ATLANTA GA 30305

**CITIMORTGAGE**
Inquired on 06/11/2023

1000 TECHNOLOGY DR, O FALLON MO 63368
(800) 283-7918

**CITIZENS BANK NA**
Inquired on 07/25/2023

770 LEGACY PL, DEDHAM MA 02026
(800) 922-9999

*My File was Freeze !? why are these Banks pulling*

**CLARITY SERVICES INC**
Inquired on 07/16/2023

15550 LIGHTWAVE DR, CLEARWATER FL 33760

On behalf of CNU HEADWAY CAPITAL (263

**CLARITY/NETCREDIT**
Inquired on 07/16/2023

175 W JACKSON BLVD STE 1000, CHICAGO IL 60604

**CREDIT BUREAU CONNECTION**
Inquired on 06/15/2023

8510 RAUSCH DR, PLAIN CITY OH 43064

On behalf of AMPS/NASA FEDERAL CREDIT

**CREDIT CONTROL, LLC**
Inquired on 05/26/2023

5757 PHANTOM DR STE 330, HAZELWOOD MO 63042
(314) 442-7400

**CREDIT KARMA**
Inquired on 11/29/2023
,
11/25/2023
,
11/22/2023
,
11/18/2023
,
11/15/2023
,
11/11/2023
,
11/08/2023
,

**CREDIT KARMA INC**
Inquired on 08/18/2023
,
08/16/2023
,
07/24/2023
,
07/15/2023
,
02/09/2023
and 01/30/2023

760 MARKET ST

**DISCOVER FINANCIAL SVCS**
Inquired on 06/01/2023 and 05/31/2023

2500 LAKE COOK RD, RIVERWOODS IL 60015

**DISCOVER FINANCIAL SVCS**
Inquired on 05/31/2023

2500 LAKE COOK RD, RIVERWOODS IL 60015

03/01/2023
,
02/25/2023
,
02/22/2023
,
02/18/2023
,
02/15/2023
,
02/11/2023
,
02/04/2023
and 02/01/
2023

760
MARKET ST
FL 2,
SAN
FRANCISCO
CA 94102

| **ECS SC PENTIUS ONLINE AU** | **ECS/ MCE WEB AUTHENTIC AT** | **EXPANSION CAPITAL GROUP** | **EXPERIAN** |
|---|---|---|---|
| Inquired on 12/24/2022 | Inquired on 09/11/2023 | Inquired on 07/18/2023 and 07/16/ 2023 | Inquired on 12/02/2023 , 12/01/2023 , 11/27/2023 , 11/23/2023 , |
| 475 ANTON BLVD, COSTA MESA CA | 475 ANTON BLVD, COSTA | 5801 S CORPORAT | |

01/03/2023
,
12/24/2022
and 12/05/
2022

PO BOX
9600,
ALLEN TX
75013
(800) 311-
4769

**EXPERIAN**
Inquired on
12/02/2023

12/01/2023
,
11/29/2023
,
11/27/2023
,
11/23/2023
,
11/18/2023
,
11/17/2023
,
11/13/2023
,
11/12/2023
,

**EXPERIAN**
Inquired on
11/02/2023
and 01/31/
2023

PO BOX
9600,
ALLEN TX
75013
(800) 311-
4769

**EXPERIAN**
Inquired on
10/24/2023

09/19/2023
,
09/18/2023
,
09/05/2023
,
08/29/2023
,
08/19/2023
,
08/18/2023
,
08/16/2023
,
07/25/2023
,

**EXPERIAN**
Inquired on
10/02/2023

PO BOX
2002,
ALLEN TX
75013
(888) 397-
3742

12/29/2022
,
12/21/2022
,
12/19/2022
,
12/12/2022
,
12/09/2022
and 12/05/
2022

475 ANTON
BLVD,
COSTA
MESA CA
92626
(866) 431-
3471

**EXPERIAN**
Inquired on
08/08/2023

475 ANTON
BLVD,
COSTA
MESA CA
92626

**EXPERIAN**
Inquired on
04/25/2023

701
EXPERIAN
PKWY,
ALLEN TX
75013
(972) 390-
3000

**EXPERIAN
BUSINESS
CREDIT**
Inquired on
07/17/2023

475 ANTON
BLVD # A2,
COSTA
MESA CA
92626

On behalf of
S.O.S

**EXPERIAN
CREDITMA
TCH**
Inquired on
12/02/2023
,
12/01/2023
,
11/29/2023
,
11/27/2023
,
11/23/2023

475 ANTON BLVD # D4, COSTA MESA CA 92626

**EXPERIANCS IDENTITY**
Inquired on 07/27/2023

535 ANTON BLVD STE 100, COSTA MESA CA 92626

**FNBO NA**
Inquired on 07/17/2023

1620 DODGE ST, OMAHA NE 68102

**FNBO/HELLO ALICE CIRCULA**
Inquired on 07/17/2023

1620 DODGE ST, OMAHA NE 68197

**FORA FINANCIAL ADVANCE L**
Inquired on 07/17/2023

242 W 36TH ST, NEW YORK NY 10018
(212) 947-0100

**FORWARD FINANCING LLC**
Inquired on 07/16/2023

100 SUMMER ST STE 1175, BOSTON MA 02110

**FUNDERA INC**
Inquired on 07/17/2023 and 07/15/2023

291 BROADWAY RM 900, NEW YORK NY 10007

**GOOD FUNDING**
Inquired on 07/17/2023

7542 17TH ST,SUITE200, TUSTIN CA 92780
(714) 300-0444

**ID ME INC**
Inquired on 05/08/2023 and 12/08/2022

8281 GREENSBORO DR STE 600, TYSONS CORNER VA



(888) 244-9099

(800) 386-3372

22102
(866) 775-4363

**JPMCB**
Inquired on
07/01/2023
,
06/01/2023

05/01/2023
,
04/01/2023
and 03/01/
2023

PO BOX
15298,
WILMINGT
ON DE
19850
(800) 432-3117

**JPMCB CARD**
Inquired on
10/08/2023

PO BOX
15298,
WILMINGT
ON DE
19850
(800) 432-3117

**JPMCB CARD**
Inquired on
07/24/2023

PO BOX
15298,
WILMINGT
ON DE
19850
(800) 432-3117

**JPMCB CARD**
Inquired on
06/08/2023

PO BOX
15298,
WILMINGT
ON DE
19850
(800) 432-3117

**JPMCB CJ**
Inquired on
11/11/2023
,
10/22/2023
,
10/13/2023

**KALAMATA CAPITAL GROUP L**
Inquired on
07/17/2023

80 BROAD

**KAPITUS FKA STRATEGIC FU**
Inquired on
07/16/2023

**MARLIN**
Inquired on
07/16/2023

300
FELLOWSHI
P RD,

,
01/20/2023
and 12/23/
2022

PO BOX
15298,
WILMINGT
ON DE
19850
(888) 401-
0550

**MYFICO
CONSUMER
SERVICES**
Inquired on
11/28/2023

,
11/23/2023

,
11/21/2023

,
11/10/2023

,
11/08/2023

,
10/25/2023

,
10/24/2023

,
10/21/2023

,

**MYFICO
CONSUMER
SERVICES**
Inquired on
10/24/2023

,
07/23/2023

,
05/31/2023
and 04/18/
2023

2665 LONG
LAKE RD,
ROSEVILLE
MN 55113
(800) 319-
4433

**MYFICO
CONSUMER
SERVICES**
Inquired on
04/17/2023

18 METRO
DR STE 600,
SAN JOSE
CA 95110

**NAV
TECHNOLO
GIES INC**
Inquired on
07/12/2023

,
05/12/2023
and 03/10/
2023

12936 S
FRONTRUN
NER BLVD #
550,
DRAPER UT
84020

| NAV TECHNOLOGIES INC | NAVY FEDERAL CR UNION | NEW WAVE CARD INC | PNC BANK |
|---|---|---|---|
| Inquired on 03/15/2023 | Inquired on 11/21/2023 | Inquired on 11/01/2023 | Inquired on 11/28/2023 |
| 13693 S 200 W STE 200, DRAPER UT 84020 (855) 226-8388 | 820 FOLLIN LN SE, VIENNA VA 22180 | 1389 PEACHTRE E ST NE, ATLANTA GA 30309 | 4653 E MAIN ST, COLUMBUS OH 43213 |

| PNC BANK | PNC BANK | PORTFOLIO RECOV ASSOC | RAPID FINANCE |
|---|---|---|---|
| Inquired on 11/17/2023 | Inquired on 10/24/2023 | Inquired on 10/22/2023 | Inquired on 07/16/2023 |
| 1900 E 9TH ST, CLEVELAN D OH 44114 | 300 DELAWARE AVE, WILMINGT ON DE 19801 (216) 222-2000 | , 10/08/2023 , 09/06/2023 , 08/27/2023 , 08/20/2023 , 08/17/2023 , | 4500 E WEST HWY FL 6, BETHESDA MD 20814 (800) 631-3370 |

*(Handwritten annotation: "What is going here")*

08/03/2023
,
07/25/2023
,
07/16/2023
,
07/07/2023
,
04/06/2023
,
02/10/2023
,
02/06/2023
,
01/31/2023
and 01/06/
2023

120
CORPORAT
E BLVD STE
100,
NORFOLK
VA 23502
(844) 675-
3408

| | | | |
|---|---|---|---|
| **SYNCHRON Y FINANCIAL** Inquired on 11/21/2023 4125 | **TD BANK NA** Inquired on 11/14/2023 54 CENTRAL | **TD BANK NA** Inquired on 08/16/2023 12000 HORIZON | **THE GOLDMAN SACHS GROUPI** Inquired on 11/07/2023 |

WINDARD PLAZA, ALPHARETTA GA 30005

ST, FOXBORO MA 02035

(508) 543-5300

WAY, MOUNT LAUREL NJ 08054

200 WEST ST, NEW YORK NY 10282

**TRANSUNION INTERACTIVE I**

Inquired on 07/27/2023

100 CROSS ST STE 202, SAN LUIS OBISPO CA 93401

(805) 782-8282

**US BANK - RECOVERY**

Inquired on 08/31/2023

9321 OLIVE BLVD, SAINT LOUIS MO 63132

(314) 996-0560

**USAA FEDERAL SAVINGS BK**

Inquired on 11/16/2023

10750 MCDERMOTT FWY # 2S, SAN ANTONIO TX 78288

**USAA FEDERAL SAVINGS BK**

Inquired on 08/03/2023

10750 MCDERMOTT FWY # 2S, SAN ANTONIO TX 78288

**USAA SAVINGS BANK**

Inquired on 11/02/2023

PO BOX 33009, SAN ANTONIO

**VOX FUNDING**

Inquired on 07/17/2023

100 PARK AVE FL 26, NEW YORK NY 10017

(800) 614-

**WELLS FARGO QUEST-WEST**

Inquired on 11/08/2023

PO BOX 29482, PHOENIX