UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60045-PCH

JAMES HOSANNA,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on Defendant's Motion for Judgment on the Pleadings [ECF No. 6], filed on April 8, 2024.  Pursuant to the Court's Order granting the Motion [ECF No. 16], and in accordance with Federal Rule of Civil Procedure 58(a), it is hereby

**ORDERED** that final judgment is entered in favor of Defendant Experian Information Solutions, Inc. on all counts of the Amended Complaint [ECF No. 10].  Plaintiff James Hosanna shall take nothing by this action.  The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE and ORDERED** in Miami, Florida, on June 6, 2024.

_____
PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record
    James Hosanna
    95 NE 41st Street, #K164
    Oakland Park, FL 33334
    305-504-9049
    Email: jameshosanna@gmail.com